

498-07/MEU/LJK

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
HANJIN SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

**07 CIV 8792**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HANJIN SHIPPING CO. LTD.,

                        Plaintiff,

  - against –

COMPANIA TRANSATLANTICA ESPANOLA S.A.,
and NAVIERA DEL ODIEL, S.A.,

                        Defendants.
-----------------------------------------------------------------x

**07 CIV.       (       )**

**RULE 7.1 STATEMENT**

      HANJIN SHIPPING CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 11, 2007

                     FREEHILL HOGAN & MAHAR, LLP
                     Attorneys for Plaintiff
                     HANJIN SHIPPING CO. LTD.

                     By: _____
                     Michael E. Unger (MU 0045)
                     Lawrence J. Kahn (LK 5215)
                     80 Pine Street
                     New York, NY 10005
                     Telephone: (212) 425-1900
                     Facsimile: (212) 425-1901

NYDOCS1/291578.1